UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KAREN NUNEZ,<br><br>        Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC.,<br><br>        Defendant. | Case No. 3:22-cv-00002-RLY-MPB<br><br>Judge Richard L. Young<br><br>Magistrate Judge Matthew P. Brookman |

**STIPULATION TO SUBSTITUTE NBC MERCHANTS, INC.
AS THE NAMED DEFENDANT IN THIS MATTER**

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Plaintiff hereby dismisses without prejudice all claims against **The TJX Companies, Inc.** The Parties stipulate and agree that the proper defendant in this case is **NBC Merchants, Inc.** and hereby agree to substitute **NBC Merchants, Inc.** as the named Defendant in this matter.

    The parties respectfully request that the Court approve this Stipulation and enter it as an Order and direct the clerk to amend the caption in this matter.

    STIPULATED AND AGREED        Dated: January 27, 2022

**PLAINTIFF KAREN NUNEZ**

By:   */s/Lauren E. Berger*
      Lauren E. Berger
      BIESECKER DUTKANYCH &
      MACER, LLC
      411 Main Street
      Evansville, Indiana  47708
      Telephone: (317) 991-4765
      lberger@bdlegal.com
      *Attorney for Plaintiff*

**DEFENDANTS THE TJX COMPANIES
INC. AND NBC MERCHANTS, INC.**

By:   */s/Christina Jaremus*
      Christina Jaremus
      SEYFARTH SHAW LLP
      233 South Wacker Drive, Suite 800
      Chicago, Illinois 606064-6448
      Telephone: (312) 460-5000
      cjaremus@seyfarth.com
      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I electronically filed the foregoing STIPULATION TO SUBSTITUTE NBC MERCHANTS, INC. AS THE NAMED DEFENDANT IN THIS MATTER with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record:

>Lauren E. Berger
>BIESECKER DUTKANYCH & MACER, LLC
>411 Main Street
>Evansville, IN  47708
>Email:  lberger@bdlegal.com

>*/s/ Christina Jaremus*
>Christina Jaremus