# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| KAREN NUNEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>NBC MERCHANTS, INC.,<br><br>      Defendant. | Case No. 3:22-cv-00002-RLY-MPB<br><br>Judge Richard L. Young<br><br>Magistrate Judge Matthew P. Brookman |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

    Defendant NBC Merchants, Inc., by counsel, makes the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal:

    Defendant hereby states that it is a wholly-owned subsidiary of The TJX Companies, Inc. The TJX Companies, Inc. is a publicly held corporation which has no parent corporation and there are no publicly held corporations that own ten percent (10%) or more of The TJX Companies Inc.'s stock.

DATED:  February 3, 2022                                    Respectfully submitted,

                                                                 SEYFARTH SHAW LLP

By: */s/ Christina Jaremus*
     Christina Jaremus
     cjaremus@seyfarth.com
     SEYFARTH SHAW LLP
     233 South Wacker Drive, Suite 8000
     Chicago, Illinois 60606-6448
     Telephone:  (312) 460-5000
     Facsimile:   (312) 460-7000

*Attorneys for Defendant NBC Merchants, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record:

> Lauren E. Berger
> BIESECKER DUTKANYCH & MACER, LLC
> 411 Main Street
> Evansville, IN  47708
> Email:  lberger@bdlegal.com

                                                */s/ Christina Jaremus*
                                                Christina Jaremus