# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| KAREN NUNEZ, | Case No.: 3:22-cv-00002-RLY-MPB |
| Plaintiff, | |
| v. | Judge Richard L. Young |
| NBC MERCHANTS, INC., | Magistrate Judge Matthew P. Brookman |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, having heretofore filed their Joint Stipulation of Dismissal with Prejudice and the Court having reviewed same and being duly advised in the matter now grants same.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that this cause is dismissed, with prejudice, each party bearing her or its own attorneys' fees and costs.

SO ORDERED this 22nd day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BIESECKER DUTKANYCH & MACER, LLC
Lauren Berger, lberger@bdlegal.com
Ryan Sullivan, rsullivan@bdlegal.com

SEYFARTH SHAW LLP
Christina Jaremus, cjaremus@seyfarth.com
Uma Chandrasekaran, uchandrasekaran@seyfarth.com